IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01404-REB-PAC

MACTEC ENGINEERING AND CONSULTING, INC.,

    Plaintiff(s),

v.

AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Submit Agreed Order including Protective Order {Docket No. 18} is **GRANTED.**

    The Agreed Order including Protective Order is approved and made an Order of the Court.  It is further

    **ORDERED** that at the motions hearing set on October 6, 2006 at 10:00 a.m. the court will address the following documents that are not part of the agreed order including protective order.  Those documents are number 34, 37, 38, 42, 68, 73, 75, 80, 81, 88, 89, 91, and 92, as outlined in the privilege log.

Dated:  September 20, 2006