IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01404-REB-PAC

MACTEC ENGINEERING AND CONSULTING, INC.,

    Plaintiff(s),

v.

AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Joint Motion to Stay Pending Mediation and to Postpone Hearing, filed September 22, 2006, is **GRANTED** as follows:

    The Telephonic Motions Hearing set for October 6, 2006 on the portion of Plaintiff's Motion to Quash or, in the Alternative, for Protective Order Regarding Defendant's Subpoena to Marsh USA, Inc., [Doc. No. 1] previously deferred is **vacated**. **On or before November 6, 2006, the parties shall file a joint status report about the results of the mediation proceeding that is scheduled to be completed before October 31, 2006.**

Dated:  September 26, 2006