IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-01404-REB-PAC

MACTEC ENGINEERING AND
CONSULTING, INC.

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

    Defendant.

## ORDER ENTERED UPON JOINT MOTION TO STAY PENDING MEDIATION

This matter having come before the Court on Joint Motion filed by counsel for the parties MACTEC Engineering & Consulting, Inc. ("MACTEC") and American International Specialty Lines Insurance Company ("AISLIC") and non-party Marsh (U.S.A.), Inc. ("Marsh"), and the parties having advised the Court that the United States District Court for the Northern District of Georgia in the primary action to which this matter is ancillary has ordered the case stayed pending mediation (with mediation to be completed by October 31, 2006), it is hereby ORDERED AND ADJUDGED that:

1. Compliance with the Agreed Order submitted on September 15, 2006 and approved by Minute Order dated September 20, 2006, is hereby stayed pending the completion of mediation by the parties;

2. The hearing currently set for October 6, 2006, is continued and removed from the calendar;

DN:32118437.1

3. The parties shall report to the Court and Marsh upon the completion of mediation as to whether mediation has been successful;

4. If the mediation is successful, this ancillary action shall be dismissed as moot; and,

5. If the mediation is unsuccessful, the parties shall comply with the Agreed Order as if it were entered on the date the Court is notified that the mediation failed. However, regarding the additional production of documents by Marsh, Marsh shall produce these documents, and MACTEC shall produce a privilege log regarding any additional documents for which privilege is claimed, not later than ten (10) days, excluding Saturdays and Sundays, after written notification that mediation was unsuccessful. If the mediation is unsuccessful, the Court shall also reschedule the hearing currently set for October 6, 2006.

SO ORDERED, this 12 day of ~~September~~ October, 2006.

_____
~~United States District Court Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

DN:32118437.1